CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 01 2010

JOHN F. CORCORAN, CLERK
BY: /s/ Jailor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LINDA S. O'QUINN, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 7:09cv0430 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) ) |
| Defendant | ) ) |

## CONSENT ORDER OF DISMISSAL

Upon motion of Plaintiff, by her counsel, and agreement of Defendant, by its counsel, and for good cause shown, it is hereby

ADJUDGED and ORDERED that this case should be, and it is dismissed with prejudice, with each side to bear her/its own costs and attorneys' fees.

The Clerk is directed to provide a copy of this Order to all counsel of record and this matter is ORDERED stricken from the docket.

Enter this 1st day of March, 2010.

_____
U. S. ~~District Court~~ Judge
Magistrate

Entry of this Order is requested:

s/ Michael A. Cleary
Michael A. Cleary (VSB No. 19989)
Counsel for plaintiff
4913 Brambleton Avenue
P. O. Box 21805
Roanoke, VA 24018
Telephone: 540 / 345-8344
Facsimile:  540 / 345-8361


Seen and agreed:


HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY
By:    /s/    Laura D. Windsor
David E. Constine, III, VSB No. 23223
Laura D. Windsor, VSB 70354
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
FAX (804) 697-1339
david.constine@troutmansanders.com
laura.windsor@troutmansanders.com
        Counsel for Defendant

1926897v1